AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| LASHAWNTAE A. WASHINGTON, individually, and on behalf of all others similarly situated, ) <br> *Plaintiff* ) <br> v. ) <br> BHI ENERGY SERVICES, LLC and BHI ENERGY I SPECIALTY SERVICES LLC, ) <br> *Defendant* ) | Case No. 1:23-cv-12577-LTS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lashawntae A. Washington.

Date: 12/14/23

/s/ Daniel Srourian
*Attorney's signature*

Daniel Srourian, CA S.B. 285678
*Printed name and bar number*

3435 Wilshire Blvd. Suite 1710
Los Angeles, CA 90010
*Address*

daniel@slfla.com
*E-mail address*

213-474-3800
*Telephone number*

213-471-4160
*FAX number*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Daniel Srourian*
Daniel Srourian